## HENRY COLESCOTT *vs.* CHARLES COOPER.

A justice of the peace cannot give judgment for a greater amount than is stated in the summons as the plaintiff's claim.

CERTIORARI to Justice Thawley.

Action on account. Summons issued by the justice, in which the amount claimed was stated to be *five dollars and fifty cents*. Trial by referees, who reported that there was due the plaintiff the sum of *six dollars and ninety-four cents*, and the justice gave judgment for that sum.

## DARLING RASH *vs.* EDWARD HOLLIDAY.

CERTIORARI to Justice Ringgold.

The action below was in trespass. The summons stated the damages claimed to be *twenty dollars*. Referees reported in favor of plaintiff below *twenty-five* dollars, and judgment rendered by the justice for that sum.

*The Court* reversed both of these judgments, on the ground that the plaintiffs could not legally obtain judgment for a greater amount than was stated in the summons to be claimed from the defendants respectively.

*Bates,* for Colescott.

*Frame,* for Rash.